## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:19-CR-0202** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| | : | |
| **MARTES MILTON JACKSON,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of October, 2019, following a final revocation hearing concerning the pending petition (Doc. 3) for revocation of supervised release as to defendant Martes Milton Jackson, which was held on this date, and the court having found the defendant in violation of the terms of his supervision, it is hereby ORDERED that defendant shall be continued on the current terms of supervised release, as set forth in the judgment (Doc. 593 in United States District Court Western District of Texas) of August 21, 2013, and shall comply with the standard and special conditions of release set forth therein, with the following additional condition of supervision to be imposed:

> The defendant shall participate in a sex offender treatment program at Commonwealth Clinical Group and shall pay an amount of no greater than $100 per month toward the cost of that program, subject to review by the probation officer to determine if any modification of said amount would be necessary, as it relates to defendant's ability to pay such program costs.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania